**EPSTEIN DRANGEL LLP**
Peter J. Farnese (SBN 251204)
pjf@bfllplaw.com
700 S. Flower St., Suite 1000
Los Angeles, California 90017
Telephone: 310-356-4668
Facsimile: 310-388-1232

Jason M. Drangel
jdrangel@ipcounselors.com
Ashly E. Sands
asands@ipcounselors.com
Kerry B. Brownlee
kbrownlee@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: 212-292-5390
Facsimile: 212-292-5391
*Pro Hac Vice Applications Forthcoming*

*Attorneys for Plaintiff*
*HDMI Licensing Administrator, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| HDMI LICENSING ADMINISTRTATOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVAILINK INC. <br><br> Defendant. | CASE NO.:   5:22-cv-06947 <br><br> **PLAINTIFF HDMI LICENSING ADMINISTRATOR, INC.'S CORPORATE DISCLOSURE STATEMENT AND DISCLOSURE OF INTERESTED ENTITIES** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that under Federal Rule of Civil Procedure 7.1 and N.D. Cal. Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Plaintiff HDMI Licensing Administrator, Inc. does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: November 7, 2022                **EPSTEIN DRANGEL LLP**

By:   s/ Peter J. Farnese
      Peter J. Farnese

*Attorneys for Plaintiff*
*HDMI Licensing Administrator, Inc.*