**EPSTEIN DRANGEL LLP**
Peter J. Farnese (SBN 251204)
pfarnese@ipcounselors.com
11601 Wilshire Blvd., Suite 500
Los Angeles, California 90025
Telephone: 310-356-4668
Facsimile: 310-388-1232

Jason M. Drangel
jdrangel@ipcounselors.com
Ashly E. Sands
asands@ipcounselors.com
Kerry B. Brownlee
kbrownlee@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: 212-292-5390
Facsimile: 212-292-5391
*Pro Hac Vice Applications Forthcoming*

Attorneys for Plaintiff
HDMI Licensing Administrator, Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HDMI LICENSING ADMINISTRATOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVAILINK INC. <br><br> Defendant. | CASE NO.: 4:22-cv-06947-HSG <br><br> **DECLARATION OF PETER J. FARNESE IN SUPPORT OF STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND EXTEND DEADLINES PURSUANT TO LOCAL RULE 6-2** <br><br> Complaint Filed: November 7, 2022 |

I, Peter J. Farnese, declare as follows:

1. I am an attorney with the law firm Epstein Drangel LLP, counsel for Plaintiff HDMI Administrator, Inc. ("Plaintiff") in the above-referenced action, and I make the statements set forth herein based on my personal knowledge.

2. On November 7, 2022, Plaintiff filed its Complaint.

3. Defendant, which is located outside of the United States, executed a Waiver of Service of Summons sent by Plaintiff's counsel on January 12, 2023, thereby making its deadline to file an answer or motion pursuant to Fed. R. Civ. P. 12 ninety (90) days therefrom (i.e., up to and including April 12, 2023).

4. Pursuant to the Clerk's Notice Setting Case Management Conference for Reassigned Civil Case (*Docket Entry No. 11*), a Case Management Conference is set for February 14, 2023, with a Case Management Statement due by February 7, 2023

5. The parties, through their counsel, are discussing whether or not this dispute can be resolved among them, without further court involvement.

6. Defendant's counsel, Janet F. Satterthwaite of Potomac Law Group, PLLC ("Defendant's Counsel"), has advised that Defendant has not yet retained local counsel, and needs further time in order to do so.

7. Plaintiff's counsel and Defendant's Counsel have communicated and have agreed, on behalf of their respective clients, that postponing the Case Management Conference, and all deadlines flowing therefrom, including the deadline for the Case Management Statement and the Stipulation and Proposed Order form pertaining to Alternative Dispute Resolution, until after the deadline for Defendant's response to the Complaint will promote efficiency and conserve the time and resources of the parties, and this Court, and will permit the parties further time to confer about their claims and defenses.

8. The parties have not made any previous requests for an adjournment, any extension of time, or other time modification.

FARNESE DECLARATION IN SUPPORT OF STIPULATED REQUEST TO RESCHEDULE AND EXTEND DEADLINES [N.D. CAL. L.R. 6-2]

9. The proposed rescheduling of the Case Management Conference will not alter the date of any event or other outstanding deadline other than those associated with, or flowing from, the Case Management Conference, because a scheduling order has not yet been entered, and no other dates are currently fixed by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 13, 2023          **EPSTEIN DRANGEL LLP**

By: <u>s/ Peter J. Farnese</u>
Peter J. Farnese

*Attorney for Plaintiff*
*HDMI Licensing Administrator, Inc.*

-2-
FARNESE DECLARATION IN SUPPORT OF STIPULATED REQUEST TO RESCHEDULE AND EXTEND DEADLINES [N.D. CAL. L.R. 6-2]

## **CERTIFICATE OF SERVICE**

I hereby certify the on January 13, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the email addresses registered in the CM/ECF system.

DATED: January 13, 2023    By:    s/ Peter J. Farnese
Peter J. Farnese
Epstein Drangel LLP

*Attorney for Plaintiff*
*HDMI Licensing Administrator, Inc.*

-3-
FARNESE DECLARATION IN SUPPORT OF STIPULATED REQUEST TO RESCHEDULE AND EXTEND DEADLINES [N.D. CAL. L.R. 6-2]