**EPSTEIN DRANGEL LLP**
Peter J. Farnese (SBN 251204)
pfarnese@ipcounselors.com
11601 Wilshire Blvd., Suite 500
Los Angeles, California 90025
Telephone: 310-356-4668
Facsimile: 310-388-1232

Jason M. Drangel
jdrangel@ipcounselors.com
Ashly E. Sands
asands@ipcounselors.com
Kerry B. Brownlee
kbrownlee@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: 212-292-5390
Facsimile: 212-292-5391
*Pro Hac Vice Applications Forthcoming*

*Attorneys for Plaintiff
HDMI Licensing Administrator, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HDMI LICENSING ADMINISTRATOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVAILINK INC. <br><br> Defendant. | CASE NO.: 4:22-cv-06947-HSG <br><br> **STIPULATED REQUEST AND ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND EXTEND DEADLINES PURSUANT TO LOCAL RULE 6-2 (as modified)** <br><br> Complaint Filed: November 7, 2022 |

Pursuant to Civil Local Rule 6-2, Plaintiff HDMI Licensing Administrator, Inc. ("Plaintiff" or "HDMI LA"), through its counsel of record, and Defendant Availink Inc. ("Defendant" or "Availink") (collectively, the "Parties"), stipulate as follows:

WHEREAS, Plaintiff's Complaint was filed on November 7, 2022;

WHEREAS, Defendant has agreed to waive formal service of the Summons and Complaint;

WHEREAS, pursuant to the executed Waiver of Service of Summons, Defendant, which is located outside of the United States, has ninety (90) days from the service of Plaintiff's waiver request on January 12, 2023 to file an answer or motion pursuant to Fed. R. Civ. P. 12 (i.e., up to and including April 12, 2023);

WHEREAS, pursuant to the Clerk's Notice Setting Case Management Conference for Reassigned Civil Case (*Docket Entry No. 11*), a Case Management Conference is set for February 14, 2023, with a Case Management Statement due by February 7, 2023;

WHEREAS, the Parties are discussing whether or not this dispute can be resolved among them, without further court involvement;

WHEREAS, Defendant has not entered an appearance, has not yet retained local counsel, and needs further time in order to do;

WHEREAS, in order to promote efficiency and conserve the time and resources of the Parties, and this Court, and permit the Parties further time to confer about their claims and defenses, the Parties believe that just cause exists to postpone the Case Management Conference, and all deadlines flowing therefrom, including the deadline for the Case Management Statement and the Stipulation and Proposed Order form pertaining to Alternative Dispute Resolution, until after the deadline for Defendant's response to the Complaint;

WHEREAS, neither of the Parties nor the Court will be prejudiced by the rescheduling of the Case Management Conference, and dates flowing therefrom;

WHEREAS, the Parties have not made any previous requests for an adjournment, any extension of time, or other time modification; and

WHEREAS, the proposed rescheduling of the Case Management Conference will not alter the date of any event or other outstanding deadline other than those associated with, or flowing from, the

Case Management Conference, because a scheduling order has not yet been entered, and no other dates are currently fixed by the Court.

NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS HEREBY STIPULATED by and between the Parties, pursuant to Local Rule 6-2 that the Case Management Conference shall be adjourned to Tuesday, April 25, 2023 at 2 PM, or as soon thereafter as the Court's calendar will permit, and all deadlines associated with or flowing from the Case Management Conference, including the submission of the Case Management Statement Stipulation and Proposed Order form pertaining to Alternative Dispute Resolution seven calendar days before the Case Management Conference, shall be adjusted accordingly.

DATED: January 13, 2023            **EPSTEIN DRANGEL LLP**

By:   s/ Peter J. Farnese
         Peter J. Farnese

Jason M. Drangel
jdrangel@ipcounselors.com
Ashly E. Sands
asands@ipcounselors.com
Kerry B. Brownlee
kbrownlee@ipcounselors.com
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: 212-292-5390
Facsimile: 212-292-5391
*Pro Hac Vice Applications Forthcoming*

*Attorneys for Plaintiff*
*HDMI Licensing Administrator, Inc.*

**ORDER**

Having read and considered the Stipulated Request to Reschedule Case Management Conference and Extend Deadlines Pursuant to Local Rule 6-2 ("Stipulated Request"), and for good cause shown, the Stipulated Request is approved. The Court orders that the schedule is amended as follows:

1. The Telephonic Case Management Conference shall be adjourned to Tuesday, April 25, 2023 at 2 PM; and

2. All deadlines associated with or flowing from the Case Management Conference, including the submission of the Case Management Statement Stipulation and Proposed Order form pertaining to Alternative Dispute Resolution seven calendar days before the Case Management Conference, shall be adjusted accordingly.

**IT IS SO ORDERED.**

Date: 1/17/2023

_____
Honorable Judge Haywood S. Gilliam, Jr.
United States District Judge