1  **EPSTEIN DRANGEL LLP**
   Peter J. Farnese (SBN 251204)
2  Pfarnese@ipcounselors.com
   700 South Flower Street, Suite 1000
3  Los Angeles, California 90017
4  Telephone: 310-356-4668
   Facsimile: 310-388-1232
5
   Kerry B. Brownlee
6  kbrownlee@ipcounselors.com
   60 East 42nd Street, Suite 1250
7  New York, NY 10165
8  Telephone: 212-292-5390
   Facsimile: 212-292-5391
9  *Pro Hac Vice*

10 *Attorneys for Plaintiff*
   *HDMI Licensing Administrator, Inc.*
11

12                    **UNITED STATES DISTRICT COURT**
13         **FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

14
   HDMI LICENSING ADMINISTRTATOR, INC.,
15                                              CASE NO.: 22-cv-06947-HSG
                   Plaintiff,
16                                              **PLAINTIFF HDMI LICENSING**
                                                **ADMINISTRATOR, INC.'S AMENDED**
17         v.                                   **CORPORATE DISCLOSURE STATEMENT**
                                                **AND DISCLOSURE OF INTERESTED**
18 AVAILINK INC.                                **ENTITIES**
19                 Defendant.

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that under Federal Rule of Civil Procedure 7.1 and N.D. Cal. Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non- financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Plaintiff HDMI Licensing Administrator, Inc. does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that, as of this date, in addition to the named parties, the following parties may have an interest in the outcome of this proceeding: Maxell, Ltd., Panasonic Holdings Corporation, Koninklijke Philips N.V., Lattice Semiconductor Corporation (parent of Silicon Image, Inc.), Sony Group Corporation, Technicolor S.A. n/k/a Vantiva S.A. and Toshiba Corporation (collectively referred to as the "Founders"), all of which together created the High-Definition Multimedia Interface specification, which is the subject of the HDMI Specification Adopter Agreement that Defendant Availink, Inc. is alleged to have breached.

DATED: April 13, 2023 　　　　　　　　　　**EPSTEIN DRANGEL LLP**

By: 　s/ Kerry B. Brownlee　　　　　
　　　Kerry B. Brownlee
　　　kbrownlee@ipcounselors.com
　　　60 East 42nd Street, Suite 1250
　　　New York, New York 10165
　　　Telephone: 212-292-5390
　　　*Attorney for Plaintiff*
　　　*HDMI Licensing Administrator, Inc.*
　　　*Pro Hac Vice*