JANET SATTERTHWAITE (admitted *pro hac vice*)
jsatterthwaite@potomaclaw.com
POTOMAC LAW GROUP, PLLC
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
JOHN SNYDER (admitted *pro hac vice*)
jsnyder@potomaclaw.com
101 Federal Street, Suite 1900
Boston, MA 02110
Telephone:    (202) 558-5557
Facsimile:    (202) 318-7707

ELLEN LONDON (Cal. Bar No. 325580)
elondon@londonstoutlaw.com
LONDON & STOUT P.C.
1999 Harrison Street, Suite 655
Oakland, CA 94612
Telephone:    (415) 862-8485
Facsimile:    (415) 573-0995

Attorneys for Defendant, Availink Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HDMI LICENSING ADMINISTRATOR, INC.<br><br>Plaintiffs,<br><br>v.<br><br>AVAILINK INC,<br><br>Defendant[s]. | Case No. 4:22-cv-6947-HSG<br><br>**DEFENDANT, AVAILINK INC'S, CORPORATE DISCLOSURE STATEMENT AND DISCLOSURE OF INTERESTED ENTITIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and N.D. Cal. Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non- financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(1)    Plaintiff, HDMI Licensing Administrator, Inc.

(2)  Defendant, Availink Inc. Availink Inc. does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of Availink's stock.

(3)  The entities collectively referred to in the Complaint (¶ 8) as the "Founders": Hitachi Maxell, Ltd.; Panasonic Corporation, Koninklijke Philips Electronics N.V.; Silicon Image, Inc.; Sony Corporation; Technicolor S.A., and Toshiba Corporation, and further specified in Plaintiff's Amended Corporate Disclosure Statement and Disclosure of Interested Entities: Maxell, Ltd., Panasonic Holdings Corporation, Koninklijke Philips N.V., Lattice Semiconductor Corporation (parent of Silicon Image, Inc.), Sony Group Corporation, Technicolor S.A. n/k/a Vantiva S.A., and Toshiba Corporation, all of which, it is alleged, together created the High-Definition Multimedia Interface specification, which is a subject of the HDMI Specification Adopter Agreement Defendant, Availink, Inc., is alleged to have breached. Availink Inc. does not have knowledge of whether any of these entities have parent corporations or whether any publicly held corporation owns 10% or more of any of these entities' stock.

Dated: April 18, 2023

Respectfully submitted,

POTOMAC LAW GROUP, PLLC

By: /s/ John R. Snyder
JOHN SNYDER
JANET SATTERTHWHITE

Attorneys for Defendant
Availink Inc.