JANET SATTERTHWAITE (admitted *pro hac vice*)
jsatterthwaite@potomaclaw.com
POTOMAC LAW GROUP, PLLC
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
JOHN SNYDER (admitted *pro hac vice*)
jsnyder@potomaclaw.com
101 Federal Street, Suite 1900
Boston, MA 02110
Telephone:   (202) 558-5557
Facsimile:   (202) 318-7707

ELLEN LONDON (Cal. Bar No. 325580)
elondon@londonstoutlaw.com
LONDON & STOUT P.C.
1999 Harrison Street, Suite 655
Oakland, CA 94612
Telephone:   (415) 862-8485
Facsimile:   (415) 573-0995

Attorneys for Defendant, Availink Inc.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| HDMI LICENSING ADMINISTRATOR, INC. | Case No. 4:22-cv-6947-HSG |
| Plaintiffs, | **ORDER PERMITTING WITHDRAWAL OF COUNSEL FOR DEFENDANT, AVAILINK INC.** |
| v. | |
| AVAILINK INC, | |
| Defendants. | |

UPON CONSIDERATION OF the Notice of Withdrawal as Counsel for Defendant, Availink, Inc., pursuant to Northern District of California Local Rule 11-5, there being no opposition, John R. Snyder is hereby granted leave to withdraw his appearance as counsel to Defendant, Availink, Inc.

Dated: 5/11/2023

By,

*/s/ Haywood S. Gilliam, Jr.*
Haywood S. Gilliam, Jr.
United States District Judge

ORDER PERMITTING WITHDRAWAL OF COUNSEL FOR DEFENDANT, AVAILINK INC.

1