|   |   |
|---|---|
| 1 | |
| 2 | **UNITED STATES DISTRICT COURT** |
| 3 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA** |
| 4 | **OAKLAND DIVISION** |

| | |
|---|---|
| HDMI LICENSING ADMINISTRATOR, INC. | Case No. 4:22-CV-06947-HSG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING DATE AND CASE MANAGEMENT CONFERENCE |
| v. | |
| AVAILINK INC. | |
| Defendant. | |

Plaintiff HDMI Licensing Administrator, Inc. ("Plaintiff") and defendant Availink Inc. ("Defendant") by and through their undersigned counsel, hereby STIPULATE AND REQUEST that the parties' initial case management conference ("CMC") and oral argument on the pending motion to dismiss currently scheduled for July 20, 2023, at 2:00 p.m. be continued to July 27, 2023, and that the related deadline for submitting an updated case management statement be extended from July 13, 2023, to July 20, 2023.

Plaintiff filed its complaint on November 7, 2022 (Dkt No. 1), and Defendant filed a partial motion to dismiss on April 12, 2023 (Dkt. No. 30). As discussed at the prior case management conference, held on April 25, 2023, the Court extended the initial case management conference to coincide with the date of the hearing on the motion to dismiss (July 20, 2023). Dkt. No. 39.

The parties have agreed to participate in private mediation, with a deadline to attend this mediation by July 17, 2023. Dkt. No. 35. The parties currently are planning to hold the mediation on July 12, 2023. In order to allow them to complete the mediation before the case management conference, and for the updated case management statement to reflect what occurred at the

mediation, the parties are jointly requesting an extension of the hearing and initial case management conference, to July 27, 2023 (with the updated case management statement to be filed on July 20, 2023).

There was a prior extension of the case management conference, moving it from February 14, 2023, to April 25, 2023, to allow the Defendant to retain local counsel and for the parties to confer about claims and defenses. Dkt. No. 15. The requested modification will not change any deadlines other than the July 20, 2023 deadline to submit an updated case management statement.

Dated: May 12, 2023

EPSTEIN DRANGEL LLP
By:  /s/ Kerry Brownlee
Kerry Brownlee**
Attorney for Plaintiff

Dated: May 12, 2023

KING & WOOD MALLESONS
By:  /s/ Vincent Filardo, Jr.
Vincent Filardo, Jr.
Attorney for Defendant

** Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document has obtained approval from this signatory.

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the hearing on the motion to dismiss and the initial case management conference, previously scheduled for July 20, 2023, at 2:00 p.m., is continued to July 27, 2023 at 2:00 p.m., and the updated case management statement is due on July 20, 2023.

Dated: _____, 2023          By: _____
Haywood S. Gillam, Jr.
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING DATE AND CASE MANAGEMENT CONFERENCE 4:22-CV-06947-HSG