VINCENT FILARDO, JR. (admitted *pro hac vice*)
vincent.filardo@us.kwm.com
KING & WOOD MALLESONS
500 Fifth Avenue, 50th Floor
New York, NY 10110
Telephone:     (347) 926-7570
Facsimile:      (917) 591-8167

JANET SATTERTHWAITE (admitted *pro hac vice*)
jsatterthwaite@potomaclaw.com
POTOMAC LAW GROUP, PLLC
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
JOHN SNYDER (admitted *pro hac vice*)
jsnyder@potomaclaw.com
POTOMAC LAW GROUP, PLLC
101 Federal Street, Suite 1900
Boston, MA 02210
Telephone:     (202) 558-5557
Facsimile:      (202) 318-7707

ELLEN LONDON (Cal. Bar No. 325580)
elondon@londonstoutlaw.com
LONDON & STOUT P.C.
1999 Harrison Street, Suite 2010
Oakland, CA 94612
Telephone:     (415) 862-8494
Facsimile:      (415) 573-0995

Attorneys for Defendant Availink Inc.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| HDMI LICENSING ADMINISTRATOR, INC.<br><br>              Plaintiff,<br><br>v.<br><br>AVAILINK INC.<br><br>              Defendant. | Case No. 4:22-CV-06947-HSG<br><br>DECLARATION OF VINCENT FILARDO, JR. |

I, Vincent Filardo, Jr., declare and state as follows:

     **1.**  I am counsel for Defendant Availink in the above-captioned matter, and I am admitted to this Court on a *pro hac vice* basis. Dkt. No. 25.

     **2.**  The parties are jointly requesting that the Court continue the initial case management conference and oral argument on the pending motion to dismiss currently scheduled for July 20, 2023, to July 27, 2023. Plaintiff filed its complaint on November 7, 2022 (Dkt No. 1), and Defendant filed a partial motion to dismiss on April 12, 2023 (Dkt. No. 30). As discussed at the prior case management conference, held on April 25, 2023, the Court extended the initial case management conference to coincide with the date of the hearing on the motion to dismiss (July 20, 2023). Dkt. No. 39.

     **3.**  The parties have agreed to participate in private mediation, with a deadline to complete this mediation by July 17, 2023. Dkt. No. 35. The parties currently are planning to participate in the mediation on July 12, 2023. In order to allow them to complete the mediation before the case management conference, and for the updated case management statement to reflect what occurred at the mediation, the parties are jointly requesting an extension of the hearing and initial case management conference, to July 27, 2023 (with the updated case management statement to be filed on July 20, 2023).

     **4.**  There was a prior extension of the case management conference, moving it from February 14, 2023, to April 25, 2023, to allow the Defendant to retain local counsel and for the parties to confer about claims and defenses. Dkt. No. 15.

     **5.**  The requested modification will not change any deadlines other than the July 20, 2023 deadline to submit an updated case management statement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 12, 2023

KING & WOOD MALLESONS

/s/ Vincent Filardo, Jr.

Vincent Filardo, Jr.
 Attorneys for Defendant

DECLARATION OF VINCENT FILARDO
4:22-CV-06947-HSG