1  SEAN P. GATES (CA SBN 186247)
   SGates@charislex.com
2  CHARIS LEX P.C.
   225 S. Lake Ave., Suite 300
3  Pasadena, California 91101
   Telephone: 626.508.1715
4  Facsimile: 626.508.1730

5  Attorneys for Defendant
   Availink, Inc.
6

7

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11

12
   HDMI LICENSING ADMINISTRATOR, INC.,        Case No.: 4:22-cv-6947-HSG
13
              Plaintiff,
14
                                              **NOTICE OF APPEARANCE**
15      v.

16 AVAILINK INC.,

17            Defendant.

18

---

**NOTICE OF APPEARANCE**
CASE NO.: 4:22-cv-6947-HSG

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Sean Gates of the law firm of Charis Lex P.C., 225 S. Lake Ave., Suite 300, Pasadena, California 91101, Telephone: 626.508.1715, Facsimile: 626.508.1730, email addresses sgates@charislex.com, member of the State Bar of California, hereby enters his appearance as additional counsel of record for Availink, Inc. in the above-captioned matter.

Availink hereby requests that all further pleadings, notices, documents, or other papers herein be provided to and served upon counsel at the addresses set forth above.

Dated:  August 29, 2023                    Respectfully submitted,

By:   /s/Sean P. Gates
      Sean P. Gates
      CHARIS LEX P.C.
      Attorneys for Defendant
      Availink, Inc.