**EPSTEIN DRANGEL LLP**
Peter J. Farnese (SBN 251204)
pfarnese@ipcounselors.com
11601 Wilshire Blvd., Suite 500
Los Angeles, California 90025
Telephone: 310-356-4668
Facsimile: 310-388-1232

Kerry B. Brownlee
kbrownlee@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: 212-292-5390
Facsimile: 212-292-5391
*Pro Hac Vice*

*Attorneys for Plaintiff
HDMI Licensing Administrator, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HDMI LICENSING ADMINISTRATOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVAILINK INC. <br><br> Defendant. | CASE NO.: 4:22-cv-06947-HSG <br><br> **STIPULATED REQUEST TO EXTEND DEADLINE TO RESPOND TO COUNTERCLAIMS PURSUANT TO LOCAL RULE 6-2 AND ORDER** <br><br> Complaint Filed: November 7, 2022 |

1  Pursuant to Civil Local Rule 6-2, Plaintiff HDMI Licensing Administrator, Inc. ("Plaintiff" or
2  "HDMI LA"), through its counsel of record, and Defendant Availink Inc. ("Defendant" or "Availink")
3  (collectively, the "Parties"), stipulate as follows:

4  WHEREAS, Plaintiff's Complaint was filed on November 7, 2022;

5  WHEREAS, Defendant agreed to waive formal service of the Summons and Complaint;

6  WHEREAS, pursuant to the executed Waiver of Service of Summons, Defendant had up to and
7  including April 12, 2023 to respond to the Complaint;

8  WHEREAS, on April 12, 2023, Defendant filed a partial motion to dismiss the Complaint
9  (specifically, Counts II-IV) (*Dkt No. 30*) (the "Motion");

10  WHEREAS, the Motion is pending before the Court, and a hearing regarding the same is
11  scheduled for October 12, 2023, which will also serve as the Case Management Conference;

12  WHEREAS, on September 1, 2023, Defendant filed an Answer to the Complaint, which
13  includes Counterclaims (*Dkt. No. 49*);

14  WHEREAS, pursuant to Fed. R. Civ. P. 12(a), Plaintiff has up to and including September 21,
15  2023 to respond to Defendant's Counterclaims;

16  WHEREAS, in order to provide adequate time for Plaintiff to confer with its counsel, and to
17  prepare an appropriate response to Defendant's Counterclaims, and due to a number of other
18  preexisting obligations of Plaintiff's counsel, among other things, Plaintiff requires additional time to
19  consider and appropriately respond to Defendant's Counterclaims;

20  WHEREAS, the Parties have agreed to a 30-day extension of Plaintiff's deadline to respond to
21  Defendant's Counterclaims from September 21, 2023 up to and including October 23, 2023;

22  WHEREAS, the Parties previously requested, and were granted, three adjournment requests
23  (*Dkt. Nos. 13, 15, 43-44, 46-44*);

24  WHEREAS, neither of the Parties nor the Court will be prejudiced by the enlargement of
25  Plaintiff's deadline to respond to the Counterclaims; and

26  WHEREAS, the extension of time sought herein will not alter the date of any event or other
27  outstanding deadline because a scheduling order has not yet been entered, and, aside from the hearing
28  regarding Defendant's Motion and the parties' Case Management Conference (both scheduled for

1  October 12, 2023), which is not to be impacted by this stipulation, no other dates are currently fixed by
2  the Court.
3      NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS HEREBY
4  STIPULATED by and between the Parties, pursuant to Local Rule 6-2 that Plaintiff's deadline to
5  respond to Defendant's Counterclaims will be extended from September 21, 2023 up to and including
6  October 23, 2023.

Dated: September 13, 2023            **EPSTEIN DRANGEL LLP**
                                     By:    /s/ Kerry Brownlee
                                            Kerry Brownlee
                                            *Attorney for Plaintiff*

Dated: September 13, 2023            **KING & WOOD MALLESONS**
                                     By:    /s/ Vincent Filardo, Jr.
                                            Vincent Filardo, Jr.**
                                            *Attorney for Defendant*

                                            ** Pursuant to Civ. L.R. 5-1(i)(3), the
                                               filer of the document has obtained
                                               approval from this signatory.

# **ORDER**

Having read and considered the Stipulated Request to Extend Deadline to Respond to Counterclaims Pursuant to Local Rule 6-2 ("Stipulated Request"), and for good cause shown, the Stipulated Request is approved. Plaintiff shall have up to and including October 23, 2023 to respond to Defendant's Counterclaims at *Dkt. No. 49*.

**IT IS SO ORDERED.**

Date:   9/14/2023

_____
Honorable Judge Haywood S. Gilliam, Jr.
United States District Judge