1

**EPSTEIN DRANGEL LLP**
Peter J. Farnese (SBN 251204)
pfarnese@ipcounselors.com
11601 Wilshire Blvd., Suite 500
Los Angeles, California 90025
Telephone: 310-356-4668
Facsimile: 310-388-1232

2

3

4

Kerry B. Brownlee
kbrownlee@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: 212-292-5390
Facsimile: 212-292-5391
*Pro Hac Vice*

5

6

7

8

*Attorneys for Plaintiff*
*HDMI Licensing Administrator, Inc.*

9

10

11

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12

HDMI LICENSING ADMINISTRATOR, INC.,

13

Plaintiff,

14

v.

15

AVAILINK INC.

16

Defendant.

17

18

19

CASE NO.: 4:22-cv-06947-HSG

**MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS PURSUANT TO LOCAL RULE 6-3**

Complaint Filed: November 7, 2022

20

21

22

23

24

25

26

27

28

MOTION TO RESCHEDULE [N.D. CAL. L.R. 6-3]

1   **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2          Pursuant to Civil Local Rule 6-3, Plaintiff HDMI Licensing Administrator, Inc. ("Plaintiff" or

3   "HDMI LA"), through its counsel of record, hereby moves this Court to reschedule the Initial Case

4   Management Conference (the "CMC") and hearing on Defendant Availink Inc.'s ("Defendant" or

5   "Availink") pending motion to dismiss (*Dkt. No. 30*) (the "MTD"). Specifically, Plaintiff requests that

6   the CMC and MTD, which is fully briefed, be reset for hearing to the next available date of December

7   14, 2023, or until a date that suits the Court sometime after November 13, 2023 (the date on which

8   Plaintiff's planned motion to dismiss Defendant's counterclaims will be fully briefed). This will allow

9   the MTD to be heard on the same date as Plaintiff's planned motion to dismiss Defendant's

10  counterclaims, which will conserve the time and resources of the parties, as well as this Court, and

11  allow the Court to consider interrelated issues at once. Plaintiff attempted to obtain a stipulation to

12  reschedule the hearing, but Defendant does not agree. As set forth herein, there is good cause for

13  Plaintiff's request.

14  **A.      BRIEF FACTUAL AND PROCEDURAL BACKGROUND**

15          **1.  Defendant's MTD Is Fully Briefed**

16          On November 7 2022, Plaintiff filed its Complaint (*Dkt. No. 1*). Defendant agreed to waive

17  formal service of the Summons and Complaint, thereby making April 12, 2023 its deadline to respond

18  to the Complaint. *See* Declaration of Kerry Brownlee ("Brownlee Decl."), ¶ 3. The CMC was

19  originally set for February 14, 2023 (*Dkt. No. 11*), and the parties sought a first adjournment thereof,

20  given that Defendant had not yet retained local counsel, and the parties were in discussions regarding

21  whether or not the dispute could be resolved among them (*Dkt. No. 13*). The Court granted the parties'

22  request, and adjourned the CMC to April 25, 2023 (*Dkt. No. 15*).

23          On April 12, 2023, Defendant filed its partial MTD, which seeks dismissal of Counts II-IV of

24  the Complaint (Plaintiff's claims for direct trademark infringement, contributory trademark

25  infringement, and federal unfair competition) (*Dkt. No. 30*).Thereafter, on April 25, 2023, the Court

26  held a telephonic hearing wherein it continued the CMC until the hearing date on Defendant's MTD

27  (July 20, 2023) (*Dkt. No. 39*). On April 26, 2023 Plaintiff filed its opposition to Defendant's MTD

28  (*Dkt. No. 38*), and on May 3, 2023, Defendant filed its reply (*Dkt. No. 40*).

MOTION TO RESCHEDULE [N.D. CAL. L.R. 6-3]

**2.  The Parties Stipulate to Adjourn the CMC and MTD Hearing To Complete Mediation**

On May 12, 2023, the parties filed a second stipulated request to adjourn the CMC and hearing on Defendant's MTD until July 27, 2023 (*Dkt. No. 43*) in order to permit the parties time to complete their in-person mediation, scheduled for July 12, 2023, and such stipulation was granted by the Court. The parties then participated in an in-person mediation on July 12, 2023 in San Jose, California before John Bates, Esq. (the "Mediator"), after which Plaintiff agreed to discuss the terms of Defendant's settlement proposal internally, and with potentially affected parties, at an upcoming meeting on August 8, 2023. Brownlee Decl., ¶ 8.

In order to permit the parties additional time to explore if settlement was possible before the CMC, and for the August 8, 2023 meeting to occur, the parties filed a third joint stipulated request to extend the CMC and hearing on Defendant's MTD to October 12, 2023. Brownlee Decl., ¶ 9.

On August 22, 2023, the parties had a follow-up call among counsel and the Mediator to further discuss the prospect of settlement and during which Plaintiff set forth a counter offer. Brownlee Decl., ¶ 10. On August 23, 2023, Defendant rejected Plaintiff's counter offer, and it became clear that the parties are at an impasse regarding settlement. *Id.* at ¶ 11.

**3.  Defendant's Counterclaims and Plaintiff's Anticipated Motion to Dismiss**

On September 1, 2023, right before the Labor Day holiday, Defendant filed an Answer and Counterclaims against Plaintiff (*Dkt. No. 49*) (the "Counterclaims"). On September 13, 2023, the parties filed a stipulated request to extend Plaintiff's deadline to respond to Defendant's Counterclaims until October 23, 2023 (*Dkt. 50*), which was granted by the Court (*Dkt. No. 51*).

After conferring further with its counsel, and additional co-counsel specializing in antitrust matters, Plaintiff decided that it is going to move to dismiss the Counterclaims, and informed Defendant's counsel as such via email on September 18, 2023. Brownlee Decl., ¶ 14.

**4.  Plaintiff Attempted to Obtain A Stipulation to Reschedule**

In Plaintiff's counsel's September 18, 2023 email, Plaintiff's counsel informed Defendant's counsel, Vincent Filardo, Jr., of Plaintiff's plan to file a motion to dismiss (the "Anticipated Motion to Dismiss"), and asked if Defendant would consent to an adjournment of the CMC and hearing on Defendant's MTD until after Plaintiff's Anticipated Motion to Dismiss is fully briefed on November

1    13, 2023, and advised Defendant's counsel of the next available law and motion date on the Court's

2    calendar (December 14, 2023). Brownlee Decl., ¶ 15.

3         On September 19, 2023, Defendant's counsel advised, in relevant part, as follows: "[a]t this

4    juncture the hearing on the MTD and CMC will be delayed for nearly 3 months.  HDMI's putative

5    motion to dismiss Availink's Counterclaims is not a reasonable basis to further delay the proceedings

6    and the requested delay is not supported by federal practice and procedure. Availink disagrees that it is

7    necessary or would be efficient to further postpone the MTD hearing and CMC in light of that yet to be

8    filed motion.  Availink will not consent to any further adjournments." Brownlee Decl., ¶ 16.

9         On September 19, 2023, Plaintiff's counsel responded to Defendant's counsel's various

10   contentions, and indicated, in relevant part as follows: "in Count II of Availink's Counterclaims, it

11   includes a claim for cancellation of U.S. Trademark registrations 3,268,924 and 3,442,135. The MTD

12   seeks dismissal of HDMI LA's direct and contributory trademark claims. Under 15 U.S.C. § 1119, a

13   party only may seek cancellation '[i]n any action involving a registered mark'. Therefore, to the extent

14   that Availink's MTD is successful, that could have the potential to impact Availink's standing to bring

15   Count II. *See San Diego Cty. Credit Union v. Citizens Equity First Credit Union*, 2020 U.S. Dist.

16   LEXIS 179341 (S.[D]. Cal. September 29, 2020)." Brownlee Decl., ¶ 17. In Plaintiff's counsel's email

17   of September 19, 2023, she also indicated that HDMI LA would proceed by way of a motion to

18   reschedule, given that Defendant does not consent to the request sought herein. Id. at ¶ 18.

19   **B.    THERE IS GOOD CAUSE TO CONTINUE THE CMC AND MTD HEARING TO THE**

20        **SAME DATE AS PLAINTIFF'S ANTICIPATED MOTION TO DISMISS**

21        In light of the foregoing, and for the sake of efficiency, among other things, HDMI LA believes

22   that it is most practicable for the Court to consider all of the issues together at one hearing. While

23   Availink has indicated it disagrees that it is necessary or would be efficient to further postpone the

24   MTD hearing and CMC due to Plaintiff's Anticipated Motion to Dismiss, it has not provided any

25   factual basis in support of the proposition that holding a hearing on October 12, 2023 on the MTD, and

26   then a second hearing in or about December 2023 on Plaintiff's Anticipated Motion to Dismiss would

27   be the best use of the parties' and Court's time and resources." *See* Brownlee Decl., ¶ 17.

28

1        Given the above, and that this Court's decision on Defendant's MTD has the capacity to impact

2    the Counterclaims, and it would be more efficient for all issues to be heard at one hearing, rather than

3    two, Plaintiff respectfully submits that there is just cause for its rescheduling request. Holding two in-

4    person hearings, rather than one, would needlessly drive up the costs for both parties, both of which, in

5    addition to local counsel, have counsel located outside of the State of California. Plaintiff's proposal

6    would conserve the resources of the parties, as well as this Court. Plaintiff's rescheduling request will

7    not impact any other deadlines, other than the parties' deadline to submit their updated case

8    management statement. Brownlee Decl., ¶ 19.

9

10   DATED: September 20, 2023                    **EPSTEIN DRANGEL LLP**

11                                               By:    s/ Kerry B. Brownlee
                                                        Kerry B. Brownlee
12                                                      kbrownlee@ipcounselors.com
                                                        60 East 42nd Street, Suite 1250
13                                                      New York, NY 10165
                                                        Telephone: 212-292-5390
14                                                      Facsimile: 212-292-5391
                                                        *Pro Hac Vice*
15                                                      *Attorneys for Plaintiff*
                                                        *HDMI Licensing Administrator, Inc.*
16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO RESCHEDULE [N.D. CAL. L.R. 6-3]

1

**CERTIFICATE OF SERVICE**

2      I hereby certify the on September 20, 2023, I electronically filed the foregoing document using

3  the CM/ECF system, which will send notification of such filing to the email addresses registered in the

4  CM/ECF system.

5

6  DATED: September 20, 2023                   By:      s/ Kerry B. Brownlee
                                                       Kerry B. Brownlee
7                                                      Epstein Drangel LLP

8
                                                      *Attorneys for Plaintiff*
9                                                      *HDMI Licensing Administrator, Inc.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO RESCHEDULE [N.D. CAL. L.R. 6-3]