VINCENT FILARDO, JR. (admitted *pro hac vice*)
vincent.filardo@us.kwm.com
KING AND WOOD MALLESONS LLP
500 Fifth Avenue, 50th Floor
New York, NY 10110
Telephone:  (347) 926-7570
Facsimile:  (917) 591-8167

JANET SATTERTHWAITE
(admitted *pro hac vice*)
jsatterthwaite@potomaclaw.com
POTOMAC LAW GROUP, PLLC
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
*Trademark Counsel*

SEAN P. GATES (Cal. Bar. No. 186247)
sgates@charislex.com
CHARIS LEX P.C.
225 S. Lake Ave., Suite 300
Pasadena, CA 91101
Telephone:  (626) 508-1715
Facsimile:  (626) 508-1730

ELLEN LONDON (Cal. Bar No. 3255580)
elondon@londonstoutlaw.com
LONDON & STOUT P.C.
1999 Harrison Street, Suite 655
Oakland, CA  94612
Telephone:  (415) 862-8494
Facsimile:  (415) 573-0995
*Attorneys for Defendant and
Counterclaimant Availink Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| HDMI LICENSING ADMINISTRATOR, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>AVAILINK INC.,<br><br>    Defendant and Counterclaimant. | Case No. 4:22-cv-6947-HSG<br><br>**DECLARATION OF VINCENT FILARDO, JR., ESQ. IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS PURSUANT TO LOCAL RULE 6-3**<br><br>Complaint Filed: November 7, 2022<br>Counterclaims Filed: September 1, 2023 |

Case No. 4:22-cv-6947-HSG          VINCENT FILARDO, JR., ESQ. DECLARATION

I, Vincent Filardo, Jr., declare as follows:

1. Defendant filed its partial Motion to Dismiss ("MTD") on April 12, 2023. *See* ECF No. 30.

2. The MTD seeks to dismiss Plaintiff's claims for (i) direct trademark infringement, (ii) contributory trademark infringement, and (iii) federal unfair competition. *Id.*

3. Plaintiff's Opposition was filed on April 26, 2023 (*see* ECF No. 39). Defendant's reply brief was filed on May 3, 2023 (*see* ECF No. 40). The MTD has been fully briefed since May 3, 2023.

4. The MTD was originally scheduled to be heard on July 20, 2023, however, the parties agreed to adjourn the hearing to provide additional time to mediate. *See* ECF No. 43.

5. The MTD was rescheduled to be heard on July 27, 2023. *See* ECF No. 44.

6. The parties appeared for an in-person mediation in San Jose, California on July 12, 2023.

7. Plaintiff apparently did not appear with authorized representatives, as its representatives were incapable of responding to Defendant's settlement proposal.

8. Instead, Plaintiff informed Defendant that HDMI's "founders" would need to discuss the offer at a scheduled August 8, 2023 meeting.

9. In order to provide the founders time to discuss the settlement proposal, Plaintiff requested Defendant's consent to adjourn the MTD hearing and Case Management Conference until October 2023. *See* ECF No. 46.

10. Based on Plaintiff's representations, Defendant in good faith agreed to Plaintiff's request.

11. At Plaintiff's further request, Defendant also agreed at mediation to postpone the filing of its Answer and Counterclaims until Plaintiff had an opportunity to respond to the settlement proposal.

12. A draft copy of the Counterclaims (which is substantially similar to the version filed with the Court) was produced to Plaintiff prior to mediation.

13. On August 22, 2023, Plaintiff informed Defendant that its founders had – at their August 8 meeting – wholly rejected Defendant's settlement proposal.

14. Defendant filed its Counterclaims on September 1, 2023. *See* ECF No. 49.

15. On September 8, 2023, Plaintiff requested an additional 30 days to respond to the Counterclaims.

16. In making its request, Plaintiff did not ask for Defendant's consent to adjourn the MTD hearing.

17. Nor did it inform the Court in its application for extension that the requested extension would further delay the proceedings. *See* ECF No. 50.

18. To the contrary, Defendant added specific language to the stipulation clarifying that by agreeing to extend Plaintiff's time to respond, the parties were not seeking to extend the hearing. Attached hereto as **Exhibit A** is a true and correct copy of Defendant's track changes to the draft stipulation originally prepared by Plaintiff.

19. Plaintiff agreed to this language at the time of filing. *See* ECF No. 50.

20. Less than a week later, Plaintiff requested to adjourn the MTD hearing.

21. On September 19, 2023, I responded to Plaintiff's request by initially setting forth the above series of events and then responding that "[a]t this juncture the hearing on the MTD and CMC will be delayed for nearly 3 months. HDMI's putative motion to dismiss Availink's Counterclaims is not a reasonable basis to further delay the proceedings and the requested delay is not supported by federal practice and procedure. Availink disagrees that it is necessary or would be efficient to further postpone."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 25, 2023

**KING AND WOOD MALLESONS LLP**

/s/ Vincent Filardo, Jr.
VINCENT FILARDO, JR.
(admitted pro hac vice)

*Attorneys for Defendant and Counterclaimant, Availink Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify the on September 25, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the email addresses registered in the CM/ECF system.

Dated:  September 25, 2023

**KING AND WOOD MALLESONS LLP**

/s/ Vincent Filardo, Jr.
VINCENT FILARDO, JR.
(admitted pro hac vice)

*Attorneys for Defendant and Counterclaimant, Availink Inc.*