UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HDMI Licensing Administrato , <br><br> Plaintiff(s), <br><br> v. <br><br> Availink, Inc. , <br><br> Defendant(s). | Case No. 22-cv-06947-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; GRANT** <br> (CIVIL LOCAL RULE 11-3) |

I, Jason M. Drangel, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: HDMI Licensing Administrator, 1 in the above-entitled action. My local co-counsel in this case is Peter J. Farnese, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 251204.

60 E42nd Street, Suite 1250,
New York New York 10165
MY ADDRESS OF RECORD

700 South Flower Street, Suite 1000, Los Angeles CA, 90017
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

212-292-5390
MY TELEPHONE # OF RECORD

310-356-4668
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

mail@ipcounselors.com
MY EMAIL ADDRESS OF RECORD

pjf@farneselaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2538981.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/28/2023                                          /s/ Jason M. Drangel
                                                                        APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jason M. Drangel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  9/29/2023

_Haywood S. Gilliam Jr._
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

    JASON M. DRANGEL    , Bar #    JD7204

was duly admitted to practice in the Court on

March 01, 1992

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    September 14, 2023
New York, New York

Ruby J. Krajick    By    s/ V. Adolphe
Clerk of Court      Deputy Clerk