**EPSTEIN DRANGEL LLP**
Peter J. Farnese (SBN 251204)
pfarnese@ipcounselors.com
11601 Wilshire Blvd., Suite 500
Los Angeles, California 90025
Telephone: 310-356-4668
Facsimile: 310-388-1232

Kerry B. Brownlee
kbrownlee@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: 212-292-5390
Facsimile: 212-292-5391
*Pro Hac Vice*

*Attorneys for Plaintiff*
*HDMI Licensing Administrator, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HDMI LICENSING ADMINISTRATOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVAILINK INC. <br><br> Defendant. | CASE NO.: 4:22-cv-06947-HSG <br><br> **ORDER DENYING MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS** <br><br> Complaint Filed: November 7, 2022 |

ORDER DENYING MOTION TO RESCHEDULE

# ORDER

Having read and considered Plaintiff HDMI Licensing Administrator, Inc.'s Motion to Reschedule Case Management Conference and Hearing on Motion to Dismiss Pursuant to Local Rule 6-3 (the "Motion"), and for good cause shown, the Motion is granted. The Court orders that the schedule is amended as follows:

1. The Case Management Conference, and hearing on Defendant's outstanding motion to dismiss, shall be adjourned to December 14, 2023 at 2 PM, which shall also serve as the hearing date for Plaintiff's anticipated motion to dismiss Defendant's counterclaims; and

2. All deadlines associated with or flowing from the Case Management Conference, including the submission of the updated Case Management Statement, shall be adjusted accordingly.

**IT IS SO ORDERED.**

Date:   10/2/2023

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge

[Stamp: DENIED — Haywood S. Gilliam Jr. — Judge Haywood S. Gilliam Jr. — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]