**EPSTEIN DRANGEL LLP**
Peter J. Farnese (SBN 251204)
pfarnese@ipcounselors.com
700 South Flower Street, Suite 1000
Los Angeles, California 90017
Telephone: 310-356-4668
Facsimile: 310-388-1232

Jason M. Drangel
jdrangel@ipcounselors.com
Kerry B. Brownlee
kbrownlee@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: 212-292-5390
Facsimile: 212-292-5391
*Pro Hac Vice*

*Attorneys for Plaintiff*
*HDMI Licensing Administrator, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| HDMI LICENSING ADMINISTRATOR, INC. | Case No. 4:22-CV-06947-HSG |
| Plaintiff, | UNOPPOSED MOTION FOR ORDER PERMITTING ATTORNEY KERRY B. BROWNLEE TO APPEAR BY TELEPHONE AT OCTOBER 12, 2023 HEARING AND CASE MANAGEMENT CONFERENCE |
| v. | |
| AVAILINK INC. | |
| Defendant. | Hearing Date: October 12, 2023 Time: 2:00 p.m. Courtroom: 2, 4th Floor, Oakland |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff HDMI Licensing Administrator, Inc. ("HDMI LA" or "Plaintiff"), by and through its undersigned counsel, hereby respectfully moves the Court for an order permitting its out-of-state counsel, Kerry B. Brownlee, to appear by telephone at the Case Management Conference and hearing on Defendant Avalink Inc.'s, ("Avalink" or "Defendant") Partial Motion to Dismiss (the "MTD") on October 12, 2023 at 2:00 p.m. (the "10/12 CMC & Hearing").

Plaintiff's counsel, Kerry B. Brownlee, is located in New York, NY and respectfully requests permission to appear by telephone. Due to scheduling conflicts, Ms. Brownlee is unable to travel from New York to Oakland for the 10/12 CMC & Hearing. Local counsel, Peter J. Farnese, will appear in person for the 10/12 CMC & Hearing, and argue the merits of the MTD.

The parties have met and conferred and Defendant has no objection to Ms. Brownlee appearing by telephone at the 10/12 CMC & Hearing.

Date: October 5, 2023                    Respectfully submitted,

                                         **EPSTEIN DRANGEL LLP**


                                         BY: *s/ Kerry B. Brownlee*
                                         Kerry B. Brownlee
                                         kbrownlee@ipcounselors.com
                                         60 East 42nd Street, Suite 1250
                                         New York, New York 10165
                                         Telephone: 212-292-5390
                                         Facsimile: 212-292-5391
                                         *Pro Hac Vice*


                                         BY: *s/ Peter J. Farnese*
                                         Peter J. Farnese (SBN 251204)
                                         pfarnese@ipcounselors.com
                                         700 South Flower Street, Suite 1000
                                         Los Angeles, California 90017
                                         Telephone: 310-356-4668
                                         Facsimile: 310-388-1232

                                         *Attorneys for Plaintiff*
                                         *HDMI Licensing Administrator, Inc*

**EPSTEIN DRANGEL LLP**
Peter J. Farnese (SBN 251204)
pfarnese@ipcounselors.com
700 South Flower Street, Suite 1000
Los Angeles, California 90017
Telephone: 310-356-4668
Facsimile: 310-388-1232

Jason M. Drangel
jdrangel@ipcounselors.com
Kerry B. Brownlee
kbrownlee@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: 212-292-5390
Facsimile: 212-292-5391
*Pro Hac Vice*

*Attorneys for Plaintiff*
*HDMI Licensing Administrator, Inc.*


# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION


HDMI LICENSING ADMINISTRATOR, INC.

               Plaintiff,

       v.

AVAILINK INC.

           Defendant.

Case No. 4:22-CV-06947-HSG

ORDER GRANTING UNOPPOSED MOTION FOR ORDER PERMITTING ATTORNEY KERRY B. BROWNLEE TO APPEAR BY TELEPHONE AT OCTOBER 12, 2023 HEARING AND CASE MANAGEMENT CONFERENCE

**(as modified)**

Hearing Date: October 12, 2023
Time: 2:00 p.m.
Courtroom: 2, 4th Floor, Oakland


ORDER TO APPEAR BY TELEPHONE

1

2   Before the Court is the Unopposed Motion by Plaintiff HDMI Licensing Administrator, Inc.

3 ("HDMI LA" or "Plaintiff") for an order permitting its counsel, Kerry B. Brownlee, to appear by

4 telephone at the Case Management Conference and hearing on Defendant Avalink Inc.'s,

5 ("Avalink" or "Defendant") Partial Motion to Dismiss (the "MTD") on October 12, 2023 at 2:00

6 p.m (the "CMC & Hearing").

7   Having considered the papers and for good cause shown, the Court hereby GRANTS

8 the motion. At least fifteen minutes before the CMC & Hearing, Ms. Brownlee shall call the

9 Court's designated line.  The Clerk will e-mail Ms. Brownlee the call-in information by noon on

10 Wednesday, October 11, 2023.

11 **IT IS SO ORDERED.**

12 Date:  10/5/2023

           Honorable Judge Haywood S. Gilliam, Jr.
           United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28