UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HDMI LICENSING ADMINISTRATOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVAILINK INC., <br><br> Defendant. | Case No. 22-cv-06947-HSG <br><br> **SCHEDULING ORDER** |

A case management conference was held on October 12, 2023. Having considered the parties' proposals, *see* Dkt. No. 66, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | June 7, 2024 |
| Close of Fact Discovery | August 26, 2024 |
| Exchange of Opening Expert Reports | September 3, 2024 |
| Exchange of Rebuttal Expert Reports | September 24, 2024 |
| Close of Expert Discovery | October 10, 2024 |
| Dispositive Motion Hearing Deadline | December 5, 2024, at 2:00 p.m. |
| Pretrial Conference | March 4, 2025, at 3:00 p.m. |
| Jury Trial (three weeks) | March 17, 2025, at 8:30 a.m. |

//

//

//

//

1    These dates may only be altered by order of the Court and only upon a showing of good
2    cause.  The parties are directed to review and comply with this Court's standing orders.  This order
3    terminates Dkt. No. 66.

**IT IS SO ORDERED.**

Dated:    10/20/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge