1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| HDMI LICENSING ADMINISTRATOR, INC., | CASE NO.: 4:22-cv-06947-HSG |
| Plaintiff, | **[PROPOSED] ORDER GRANTING HDMI LICENSING ADMINISTRATOR, INC.'S MOTION TO DISMISS COUNTERCLAIMS PURSUANT TO FED. R. CIV. P. 12(B)(6)** |
| v. | |
| AVAILINK INC. | Hearing Date: January 18, 2024 |
| Defendant. | Time: 2:00 PM |
| | Place: Courtroom 2, 4th Floor |

[PROPOSED] ORDER GRANTING MOTION TO DISMISS COUNTERCLAIMS

**[PROPOSED] ORDER**

WHEREFORE, on January 18, 2024, at 2:00 PM, Plaintiff-Counterclaim Defendant HDMI Licensing Administrator, Inc.'s Motion to Dismiss Availink Inc.'s Counterclaims Pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion") was heard by the Honorable Haywood S. Gillam, Jr., United States District Judge of the United States District Court for the Northern District of California.

Upon consideration of the pleadings, papers, and arguments of counsel, and for good cause shown, the Motion is GRANTED, and Availink Inc.'s Counterclaims are hereby dismissed with prejudice, and without leave to amend.

**IT IS SO ORDERED.**

Date: _____, 2023          _____
                                        Honorable Judge Haywood S. Gilliam, Jr.
                                        United States District Judge