**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| HDMI LICENSING ADMINISTRATOR, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AVAILINK, INC. <br> Defendant. | Case Number: 22-cv-06947-HSG <br><br> **STIPULATED REQUEST TO EXTEND DEADLINES PURSUANT TO LOCAL RULE 6-2 & [PROPOSED] ORDER** <br><br> (Assigned to the Honorable Haywood S. Gilliam, Jr.) <br><br> Motion to Dismiss Counterclaims Hearing: January 18, 2024 2:00 P.M. |

Plaintiff HDMI Licensing Administrator, Inc. ("Plaintiff" or "HDMI LA"), and Defendant Availink Inc. ("Defendant" or "Availink") (collectively, the "Parties"), through their counsel of record, stipulate as follows:

WHEREAS, on October 23, 2023, Plaintiff filed a Motion to Dismiss Defendant's Counterclaims ("MTD"), and noticed a hearing date of January 18, 2024 at 2:00 p.m. (*Dkt. Entry No. 72*);

WHEREAS, the Parties, through their respective counsel, have met and conferred and have agreed to extend the remaining deadlines for the briefing of Plaintiff's MTD in light of the multitude of claims at issue, and have jointly agreed upon the following scheduling:

| Event | Date |
|---|---|
| Defendant's Deadline to File Opposition to Plaintiff's Motion to Dismiss Counterclaims: | December 6, 2023 (a 30-day extension from November 6, 2023) |
| Plaintiff's Deadline to File Reply in Support of Plaintiff's Motion to Dismiss Counterclaims: | January 5, 2024 |

STIPULATED REQUEST TO EXTEND DEADLINES [N.D. CAL. L.R. 6-2] AND [PROPOSED] ORDER

1  WHEREAS, the Parties previously requested, and were granted, three adjournment requests (*Dkt.
2  Nos. 13, 15, 43-44, 46-44*), and one enlargement request (*Dkt. Nos. 50-51*);

3  WHEREAS, neither of the Parties nor the Court will be prejudiced by the enlargement of the
4  deadlines sought herein; and

5  WHEREAS, the extension of time sought herein will not alter the date of any event or other
6  outstanding deadline.

7  NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS HEREBY
8  STIPULATED, by and between the Parties, pursuant to Local Rule 6-2, that Defendant's deadline to file
9  any opposition to the MTD shall be extended up to and including December 6, 2023, and Plaintiff's
10 deadline to file any reply shall be extended up to and including January 5, 2024.

Dated: October 24, 2023

**EPSTEIN DRANGEL LLP**

By:/s/ Kerry B. Brownlee
Kerry B. Brownlee**
kbrownlee@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, New York 10165
Telephone: 212-292-5390
*Attorney for Plaintiff*
HDMI Licensing Administrator, Inc.
*Pro Hac Vice*

By:/s/ Peter J. Farnese
Peter J. Farnese (SBN 251204)**
pfarnese@ipcounselors.com
700 South Flower Street, Suite 1000
Los Angeles, California 90017
Telephone: 310-356-4668
*Attorney for Plaintiff*
HDMI Licensing Administrator, Inc.

**CONSTANTINE CANNON LLP**

By:/s/ Seth D. Greenstein
Seth D. Greenstein**
sgreenstein@constantinecannon.com
1001 Pennsylvania Ave., NW, 1300 N
Washington, D.C. 20004
Telephone: 202-204-3500

-1-
STIPULATED REQUEST TO EXTEND DEADLINES [N.D. CAL. L.R. 6-2] AND [PROPOSED] ORDER

*Attorney for Plaintiff*
*HDMI Licensing Administrator, Inc.*
*Pro Hac Vice Application Pending*

By: /s/ Ankur Kapoor
Ankur Kapoor**
akapoor@constantinecannon.com
335 Madison Avenue, Fl. 9
New York, NY 10017
Telephone: 212-350-2700
*Attorney for Plaintiff*
*HDMI Licensing Administrator, Inc.*
*Pro Hac Vice Application Pending*

Dated: October 24, 2023          **KING & WOOD MALLESONS LLP**

By: /s/ Vincent Filardo, Jr.
Vincent Filardo, Jr.
vincent.filardo@us.kwm.com
500 Fifth Avenue, 50th Floor
New York, NY 10110
Telephone: (347) 926-7570
Facsimile: (917) 591-8167
*Attorneys for Defendant Availink Inc.*
*Pro Hac Vice*

**LONDON & STOUT P.C.**

By: /s/ Ellen London
Ellen London**
elondon@stoutfirm.com
1999 Harrison Street, Suite 655, Suite 655
Oakland, CA 94612
Telephone: 415-862-8487
*Attorney for Defendant Availink, Inc.*

** Pursuant to Local Rule 5-1 of the Northern District of California, I attest that I have the concurrence in the filing of this document from all of the other signatories.

**[PROPOSED] ORDER**

Having read and considered the Stipulated Request to Extend Deadlines Pursuant to Local Rule 6-2 (the "Stipulated Request"), and for good cause shown, the Stipulated Request is hereby approved and all parties shall comply with its provisions. Namely, the following schedule is adopted as the briefing schedule for the MTD:

| Event | Date |
|---|---|
| Defendant's Deadline to File Opposition to Plaintiff's Motion to Dismiss Counterclaims: | December 6, 2023 |
| Plaintiff's Deadline to File Reply in Support of Plaintiff's Motion to Dismiss Counterclaims: | January 5, 2024 |

**IT IS SO ORDERED.**

Dated:

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

-3-
STIPULATED REQUEST TO EXTEND DEADLINES [N.D. CAL. L.R. 6-2] AND [PROPOSED] ORDER

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the email addresses registered in the CM/ECF system.

DATED: October 24, 2023           By:    /s/ Vincent Filardo, Jr.
                                         Vincent Filardo, Jr.
                                         King & Wood Mallesons LLP

                                         *Attorneys for Defendant Availink, Inc.*