1  VINCENT FILARDO, JR. (admitted *pro hac vice*)
   vincent.filardo@us.kwm.com
2  KING & WOOD MALLESONS
   500 Fifth Avenue, 50th Floor
3  New York, NY 10110
   Telephone:   (347) 926-7570
4  Facsimile:   (917) 591-8167

5  JANET SATTERTHWAITE (admitted *pro hac vice*)
   jsatterthwaite@potomaclaw.com
6  POTOMAC LAW GROUP, PLLC
   1300 Pennsylvania Avenue, NW, Suite 700
7  Washington, DC 20004
   Telephone:   (202) 558-5557
8  Facsimile:   (202) 318-7707

9  ELLEN LONDON (Cal. Bar No. 325580)
   elondon@londonstoutlaw.com
10 LONDON & STOUT P.C.
   1999 Harrison Street, Suite 2010
11 Oakland, CA 94612
   Telephone:   (415) 862-8494
12 Facsimile:   (415) 573-0995

13 *Attorneys for Defendant Availink Inc.*

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| HDMI LICENSING ADMINISTRATOR, INC., <br><br>  Plaintiff, <br><br>  vs. <br><br> AVAILINK, INC. <br>  Defendant. | Case Number: 22-cv-06947-HSG <br><br> **DECLARATION OF VINCENT FILARDO, JR. IN SUPPORT OF STIPULATED REQUEST TO EXTEND DEADLINES PURSUANT TO LOCAL RULE 6-2** |

I, Vincent Filardo, Jr., declare as follows:

1. I am an attorney with the law firm King & Wood Mallesons LLP, counsel for Defendant Availink Inc. ("Defendant") in the above-referenced action, and I make the statements set forth herein based on my personal knowledge.

2. Plaintiff filed its Complaint on November 7, 2022 (*Dkt No. 1*), and Defendant filed a partial motion to dismiss on April 12, 2023 (*Dkt. No. 30*).

3. On September 1, 2023, Defendant filed its Answer to the Complaint and Counterclaims. *Dkt. Entry No. 49*.

4. On October 12, 2023, the Court held the initial case management conference and motion hearing on Defendant's partial motion to dismiss the Complaint. Following the proceeding, the Court granted Defendant's partial motion to dismiss and directed the parties to meet and confer and to submit a stipulation and proposed order setting a case schedule. *Dkt. Entry No. 65*.

5. On October 19, 2023, the parties filed a Stipulated Case Management Schedule and Proposed Order (*Dkt. Entry No. 66*) and the Court subsequently entered a Scheduling Order on October 20, 2023 (*Dkt. Entry No. 67*).

6. On October 23, 2023, Plaintiff filed its Motion to Dismiss Defendant's Counterclaims ("MTD") and noticed a hearing date of January 18, 2024 at 2:00 p.m. *Dkt. Entry No. 72*.

7. The Scheduling Order does not address the briefing schedule for Plaintiff's MTD, as it had not been filed at the time. The parties, however, reached an agreement that Defendant would have an additional 30-day extension to file any opposition upon Plaintiff's filing of its MTD, and Defendant agreed to an extension of Plaintiff's time to file any reply.

8. In light of the multitude of claims at issue, to allow adequate time for the parties and their counsel to prepare appropriate responses, and due to a number of other preexisting obligations and scheduling conflicts, among other things, the parties require additional time to consider and appropriately brief the MTD.

9. Both parties, through their respective counsel, have met and conferred on the briefing schedule of the MTD and agreed to extend the remaining deadlines for the briefing of Plaintiff's MTD as follows: (i) the parties agree to a 30-day extension of Defendant's time to respond to the MTD (from November 6, 2023 up to and including December 6, 2023); and (ii) the parties further agree to an extension of Plaintiff's time to file its reply in support of the MTD (30 days from the filing of Defendant's response to the MTD up to and including January 5, 2024).

10. The parties previously requested, and were granted, three adjournment requests (*Dkt. Nos. 13, 15, 43-44, 46-44*), and one enlargement request (*Dkt. Nos. 50-51*).

11. The proposed enlargement of time will not alter the date of any event or other outstanding deadline, including the hearing date for the MTD currently noticed, and neither of the parties nor the Court will be prejudiced by the enlargement of the deadlines sought herein.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 24, 2023          **KING & WOOD MALLESONS LLP**

                                             By: /s/ Vincent Filardo, Jr.
                                             Vincent Filardo, Jr.

                                             *Attorneys for Defendant Availink Inc.*
                                             *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the email addresses registered in the CM/ECF system.

DATED: October 24, 2023　　　　By:　　/s/ Vincent Filardo, Jr.
　　　　　　　　　　　　　　　　　　　Vincent Filrdo, Jr.
　　　　　　　　　　　　　　　　　　　King & Wood Mallesons

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Availink Inc.*
　　　　　　　　　　　　　　　　　　　*Pro Hac Vice*