UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HDMI LICENSING ADMINISTRATOR, INC.,<br><br>        Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>AVAILINK INC.,<br><br>        Defendant and Counterclaim Plaintiff. | Case No. 4:22-cv-6947-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br>(CIVIL LOCAL RULE 11-3) |

I, Seth D. Greenstein, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing HDMI Licensing Administrator, Inc. in the above-entitled action.  My local co-counsel in this case is Peter J. Farnese, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.   Local co-counsel's bar number is SBN251204.

Constantine Cannon, LLP
1001 Pennsylvania Ave. NW, 1300N
Washington, D.C. 20004
MY ADDRESS OF RECORD

Epstein Drangle LLP
700 South Flower Street, Suite 1000
Los Angeles CA 90017
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 204-3514
MY TELEPHONE # OF RECORD

(310) 356-4668
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

sgreenstein@constantinecannon.com
MY EMAIL ADDRESS OF RECORD

pfarnese@ipcounselors.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is 46733.

A true and correct copy of a certificate of good standing from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the last 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 23, 2023                           Seth D. Greenstein
                                                                APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Seth D. Greenstein is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:      11/8/2023

_____
UNITED STATES DISTRICT JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Seth D Greenstein

was duly qualified and admitted on December 19, 1988 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 20, 2023.*

JULIO A. CASTILLO
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.