VINCENT FILARDO, JR. (admitted *pro hac vice*)
vincent.filardo@us.kwm.com
KING AND WOOD MALLESONS LLP
500 Fifth Avenue, 50th Floor
New York, NY 10110
Telephone:  (347) 926-7570
Facsimile:  (917) 591-8167

JANET SATTERTHWAITE
(admitted *pro hac vice*)
jsatterthwaite@potomaclaw.com
POTOMAC LAW GROUP, PLLC
1300 Pennsylvania Ave., NW, Suite 700
Washington, DC 20004
*Trademark Counsel*

SEAN P. GATES (Cal. Bar. No. 186247)
sgates@charislex.com
CHARIS LEX P.C.
225 S. Lake Ave., Suite 300
Pasadena, CA 91101
Telephone:  (626) 508-1715
Facsimile:  (626) 508-1730

ELLEN LONDON (Cal. Bar No. 3255580)
elondon@londonstoutlaw.com
LONDON & STOUT P.C.
1999 Harrison Street, Suite 655
Oakland, CA  94612
Telephone:  (415) 862-8494
Facsimile:  (415) 573-0995

*Attorneys for Defendant and
Counterclaimant Availink Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| HDMI LICENSING ADMINISTRATOR, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> AVAILINK, INC. <br><br> Defendant and Counterclaimant. | Case Number: 4:22-cv-06947-HSG <br><br> **ORDER DENYING DEFENDANT AND COUNTERCLAIMANT AVAILINK'S ADMINISTRATIVE MOTION FOR RELIEF TO FILE A SUR-REPLY** <br><br> Judge: Honorable Haywood S. Gilliam, Jr. |

**ORDER**

Before the Court is Availink, Inc.'s ("Availink") Administrative Motion to File a Sur-Reply to HDMI Licensing Administrator, Inc.'s ("HDMI") Reply filed in support of its Motion to Dismiss Counterclaims.

Having considered the Administrative Motion, good cause exists to allow Availink to file its Proposed Sur-reply (attached to the Administrative Motion) to HDMI's Reply on this limited issue.

**IT IS SO ORDERED**

Dated: 1/17/2024        By: _____
                            Haywood S. Gilliam Jr.
                            United States District Judge

*DENIED* (stamp, signed Haywood S. Gilliam Jr.)

-1-
ORDER DENYING DEFENDANT AVAILINK'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUR-REPLY
Case No. 4-22-cv-06947-HSG