VINCENT FILARDO, JR. (admitted *pro hac vice*)
vincent.filardo@us.kwm.com
MARY MARGARET UTTERBACK
(admitted *pro hac vice*)
meg.utterback@us.kwm.com
KING AND WOOD MALLESONS LLP
500 Fifth Avenue, 50th Floor
New York, NY 10110
Telephone:  (347) 926-7570
Facsimile:  (917) 591-8167

SEAN P. GATES (Cal. Bar. No. 186247)
sgates@charislex.com
CHARIS LEX P.C.
225 S. Lake Ave., Suite 300
Pasadena, CA 91101
Telephone:  (626) 508-1715
Facsimile:  (626) 508-1730

ELLEN LONDON (Cal. Bar No. 3255580)
elondon@londonstoutlaw.com
LONDON & STOUT P.C.
1999 Harrison Street, Suite 655
Oakland, CA  94612
Telephone:  (415) 862-8494
Facsimile:  (415) 573-0995

JANET SATTERTHWAITE
(admitted *pro hac vice*)
jsatterthwaite@potomaclaw.com
POTOMAC LAW GROUP, PLLC
1300 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
*Trademark Counsel*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| HDMI LICENSING ADMINISTRATOR, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>AVAILINK INC.,<br><br>Defendant and Counterclaimant. | Case No. 4:22-cv-6947-HSG<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ORDER PERMITTING ATTORNEY MARY MARGARET UTTERBACK, ESQ. TO APPEAR BY TELEPHONE AT THE MARCH 14, 2024 MOTION TO DISQUALIFY HEARING (as modified)**<br><br>Hearing: March 14, 2024 at 02:00 PM<br>Courtroom 2, 4th Floor<br>Judge Haywood S. Gilliam Jr.<br>Motion Filed on January 10, 2024 |

ORDER TO APPEAR BY TELEPHONE

Before the Court is the Unopposed Motion by Defendant and Counterclaimant, Availink Inc. ("Availink" or "Defendant") for an order permitting its counsel, Mary Margaret Utterback, to appear by telephone at the Motion to Disqualify hearing on Plaintiff HDMI Licensing Administrator, Inc. ("HDMI LA" or "Plaintiff") Motion to Disqualify on March 14, 2024 at 2:00 p.m..

Having considered the papers and for good cause shown, the Court hereby GRANTS the motion. At least fifteen minutes before the Hearing, Ms. Utterback shall call the Court's designated conference line, dial-in: 888-808-6929, access code: 6064255.

**IT IS SO ORDERED.**

Date: __3/7/2024__

Honorable Judge Haywood S. Gilliam, Jr.
United States District Judge