# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| HDMI LICENSING ADMINISTRATOR, INC.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AVAILINK INC.<br><br>　　　　　　Defendant. | Case No. 4:22-CV-06947-HSG<br><br>ORDER GRANTING UNOPPOSED MOTION FOR ORDER PERMITTING ATTORNEYS KERRY B. BROWNLEE AND SETH D. GREENSTEIN TO APPEAR BY TELEPHONE AT MARCH 14, 2024 HEARING **(as modified)**<br><br>Hearing Date: March 14, 2024<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor, Oakland |

　　Before the Court is the Unopposed Motion by Plaintiff HDMI Licensing Administrator, Inc. ("HDMI LA" or "Plaintiff") for an order permitting its counsel, Kerry B. Brownlee and Seth D. Greenstein, to appear by telephone at the hearing on Plaintiff's Motion to Disqualify King & Wood Mallesons and its Attorneys on March 14, 2024 at 2:00 p.m. (the "Hearing").

　　Having considered the papers and for good cause shown, the Court hereby GRANTS the motion. At least fifteen minutes before the Hearing, Ms. Brownlee and Mr. Greenstein shall each call the Court's designated line that the CRD will provide them with via e-mail.

**IT IS SO ORDERED.**

Date:  3/8/2024

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Haywood S. Gilliam, Jr._
　　　　　　　　　　　　　　　　　　　　　　　Honorable Judge Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge