UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HDMI LICENSING ADMINISTRATOR, INC.,

    Plaintiff,

v.

AVAILINK INC.,

    Defendant.

Case No. 22-cv-06947-HSG

**AMENDED SCHEDULING ORDER**

A case management conference was held on May 7, 2024. Having considered the parties' proposals, *see* Dkt. No. 103, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | July 7, 2024 |
| Close of Fact Discovery | March 26, 2025 |
| Exchange of Opening Expert Reports | April 3, 2025 |
| Exchange of Rebuttal Expert Reports | April 24, 2025 |
| Close of Expert Discovery | May 12, 2025 |
| Dispositive Motion Hearing Deadline | July 10, 2025, at 2:00 p.m. |
| Pretrial Conference | October 7, 2025, at 3:00 p.m. |
| Jury Trial (20 days maximum—hours limits will be set prior to trial, and will be substantially shorter than the parties' current estimate) | October 27, 2025, at 8:30 a.m. |

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 5/15/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge