UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HDMI LICENSING ADMINISTRATOR, INC., | Case No. 22-cv-06947-HSG |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF REFERENCE TO MAGISTRATE JUDGE** |
| AVAILINK INC., | Re: Dkt. No. 121 |
| Defendant. | |

Pursuant to Local Rule 72-1, the Discovery Letter Brief, Dkt. No. 121, and all discovery disputes and issues in this case are referred to a Magistrate Judge. Counsel will be advised of the date, time, and place of any appearance by notice from the assigned Magistrate Judge. Counsel shall follow any standing orders or other instructions given by the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: 8/19/2024

Haywood S. Gilliam, Jr.
United States District Judge