UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAILINK INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TEXAS INSTRUMENTS INC.,<br><br>　　　　　Defendant. | Case No.  25-mc-80119-VKD<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Eumi K. Lee for consideration of whether the case is related to 22-cv-06947-EKL *HDMI Licensing Administrator, Inc. v. Availink Inc.*

**IT IS SO ORDERED.**

Dated: May 22, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　VIRGINIA K. DEMARCHI
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge