JAMES J. MCGUIRE (admitted *pro hac vice*)
james.mcguire@gmlaw.com
GREENSPOON MARDER LLP
1345 Avenue of the Americas, Suite 2200
New York, NY 10105
Telephone: (212) 524-5040
Facsimile: (212) 524-5050

SEAN P. GATES (Cal. Bar. No. 186247)
sean@illovskygates.com
ILLOVSKY, GATES & CALIA LLP
155 N. Lake Ave., Suite 800
Pasadena, CA 91101
Telephone: (626) 508-1715
Facsimile: (626) 508-1730

ELLEN LONDON (Cal. Bar No. 325580)
elondon@londonnaor.com
LONDON & NAOR P.C.
1999 Harrison Street, Suite 2010
Oakland, CA 94612
Telephone: (415) 862-8494
Facsimile: (415) 573-0995

JANET SATTERTHWAITE
jsatterthwaite@potomaclaw.com
POTOMAC LAW GROUP, PLLC
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone: (202) 204-3005
Facsimile: (202) 318-7707

*Trademark Counsel for Defendant*

*Attorneys for Defendant and Counterclaimant Availink Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| HDMI LICENSING ADMINISTRATOR, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> AVAILINK INC., <br><br> Defendant and Counterclaimant. | Case No. 5:22-cv-6947-EKL <br><br> **DECLARATION OF SEAN P. GATES IN SUPPORT OF AVAILINK'S MOTION TO EXCLUDE EXPERT TESTIMONY OF LAW PROFESSOR JORGE L. CONTRERAS** <br><br> Hearing Date: October 15, 2025 <br> Time: 10:00 a.m. <br> Place: Courtroom 7, Fourth Floor <br> Judge: Hon. Eumi K. Lee |

I, Sean P. Gates, declare as follows:

1. I am a member of the bar of the State of California and a partner at the law firm Illovsky Gates & Calia LLP, counsel of record for Defendant and Counterclaimant Availink Inc. ("Availink") in the above-captioned proceeding. I make this declaration based on my personal knowledge and, if called upon to do so, could and would testify competently thereto.

2. I submit this declaration in support of Availink's Notice of Motion and Motion to Exclude Expert Testimony of Law Professor Jorge L. Contreras.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Professor Jorge L. Contreras's Opening Expert Report dated May 2, 2025;

4. Attached hereto as **Exhibit 2** is a true and correct copy of Professor Jorge L. Contreras's Rebuttal Expert Report dated May 23, 2025; and

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the deposition transcript of Jorge L. Contreras taken on June 9, 2025.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on August 15, 2025, in Glendale, California.

                                        _/s/ Sean P. Gates_
                                            Sean P. Gates