| | |
|---|---|
| JAMES J. MCGUIRE (admitted *pro hac vice*)<br>james.mcguire@gmlaw.com<br>GREENSPOON MARDER LLP<br>1345 Avenue of the Americas, Suite 2200<br>New York, NY 10105<br>Telephone: (212) 524-5040<br>Facsimile: (212) 524-5050<br><br>SEAN P. GATES (Cal. Bar. No. 186247)<br>sean@illovskygates.com<br>ILLOVSKY, GATES & CALIA LLP<br>155 N. Lake Ave., Suite 800<br>Pasadena, CA 91101<br>Telephone: (626) 508-1715<br>Facsimile: (626) 508-1730<br><br>ELLEN LONDON (Cal. Bar No. 325580)<br>elondon@londonnaor.com<br>LONDON & NAOR P.C.<br>1999 Harrison Street, Suite 2010<br>Oakland, CA 94612<br>Telephone: (415) 862-8494<br>Facsimile: (415) 573-0995<br><br>*Attorneys for Defendant and Counterclaimant Availink Inc.* | JANET SATTERTHWAITE<br>jsatterthwaite@potomaclaw.com<br>POTOMAC LAW GROUP, PLLC<br>1300 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004<br>Telephone: (202) 204-3005<br>Facsimile: (202) 318-7707<br><br>*Trademark Counsel for Defendant* |

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| HDMI LICENSING ADMINISTRATOR, INC.,<br><br>   Plaintiff and Counterclaim Defendant,<br><br>   v.<br><br>AVAILINK INC.,<br><br>   Defendant and Counterclaimant. | Case No. 5:22-cv-6947-EKL<br><br>**[PROPOSED] ORDER GRANTING AVAILINK'S MOTION TO EXCLUDE EXPERT TESTIMONY OF LAW PROFESSOR JORGE L. CONTRERAS** |

1      **THIS MATTER** comes upon Defendant and Counterclaimant Availink Inc.'s ("Availink")
2 Motion to Exclude Expert Testimony of Law Professor Jorge L. Contreras ("Motion"), which was filed
3 with this Court in the above-captioned action on August 15, 2025.

4      The Court hereby **GRANTS** Availink's Motion.

5 **IT IS SO ORDERED.**

7 Date: _____, 2025     _____
                                                                                                          Honorable Eumi K. Lee
8                                                                                                           United States District Judge