**EPSTEIN DRANGEL LLP**
Peter J. Farnese (SBN 251204)
pfarnese@ipcounselors.com
700 South Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: (310) 356-4668
Facsimile: (310) 388-1232

Kerry B. Brownlee (*Pro Hac Vice*)
kbrownlee@ipcounselors.com
Jason M. Drangel (*Pro Hac Vice*)
jdrangel@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*HDMI Licensing Administrator, Inc.*

**CONSTANTINE CANNON LLP**
Seth D. Greenstein (*Pro Hac Vice*)
sgreenstein@constantinecannon.com
Patrick M. Kennedy (*Pro Hac Vice*)
pkennedy@constantinecannon.com
1001 Pennsylvania Ave., NW, 1300 N
Washington, D.C. 20004
Telephone: (202) 204-3500
Facsimile: (202) 204-3501

Ankur Kapoor (*Pro Hac Vice*)
akapoor@constantinecannon.com
335 Madison Avenue, Fl. 9
New York, NY 10017
Telephone: (212) 350-2700
Facsimile: (212) 350-2701

*Attorneys for Plaintiff*
*HDMI Licensing Administrator, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OFCALIFORNIA**
**SAN JOSE DIVISION**

HDMI LICENSING ADMINISTRATOR, INC.,

   *Plaintiff and Counterclaim Defendant*,

vs.

AVAILINK, INC.

   *Defendant and Counterclaim Plaintiff.*

Case Number: 22-cv-06947-EKL

**DECLARATION OF PATRICK KENNEDY IN SUPPORT OF HDMI LICENSING ADMINISTRATOR, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. ROBERT STONER**

Hearing Date: October 15, 2025
Time: 10:00 a.m.
Place: Courtroom 7, Fourth Floor

DECLARATION OF PATRICK KENNEDY IN SUPPORT OF HDMI LICENSING ADMINISTRATOR'S MOTION
TO EXCLUDE EXPERT TESTIMONY OF DR. ROBERT STONER

**DECLARATION OF PATRICK KENNEDY**

1. My name is Patrick Kennedy. I am an Associate in the Washington, D.C. office of Constantine Cannon LLP. Constantine Cannon represents the Plaintiff HDMI Licensing Administrator, Inc. ("HDMI LA") in the above-captioned proceeding.

2. I submit this Declaration in Support of HDMI LA's Motion to Exclude Expert Testimony of Dr. Robert Stoner.

3. Attached hereto is a list of documents, ranging from Exhibits 1 through 5, that comprise the Exhibits in support of HDMI LA's Motion to Exclude Expert Testimony of Dr. Robert Stoner.

4. I have highlighted on the list in yellow Exhibits that include information that is asserted by HDMI LA, in whole or in part, to include Confidential Information and that HDMI LA requests be maintained under seal.

5. I have highlighted on the list in blue Exhibits that include information that may be asserted by Defendant Availink, Inc., in whole or in part, to include Confidential Information.

6. Also attached hereto are the Exhibits, all of which are true and correct copies of the documents therein.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: August 15, 2025                                          Respectfully submitted,

**CONSTANTINE CANNON LLP**

BY: *S/ Patrick M. Kennedy*
Patrick M. Kennedy (Pro Hac Vice)
pkennedy@constantinecannon.com
1001 Pennsylvania Ave., NW 1300N
Washington, D.C. 20004
Telephone: (202) 204-3500
Facsimile: (202) 204-3501

*Attorney for HDMI Licensing Administrator, Inc*

-1-
DECLARATION OF PATRICK KENNEDY IN SUPPORT OF HDMI LICENSING ADMINISTRATOR'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. ROBERT STONER

## EXHIBIT LIST

| Exhibit No. | Date | Exhibit Description |
|---|---|---|
| 1 | 05/02/2025 | Expert Report of Dr. Robert Stoner |
| 2 | 06/02/2025 | Excerpts of Dr. Robert Stoner Deposition Transcript |
| 3 | 07/14/2022 | Omdia Interface Battleground Report—2022 Analysis, Bramy Ex. 6 [HDMILA00233294-HDMILA00233362] |
| 4 | 05/02/2025 | Initial Expert Report of Dr. Justus A. Baron (Excerpts) |
| 5 | 05/23/2025 | Expert Report of Dr. Kristof Zetenyi (Excerpts) |